**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: A.A.H., A MINOR | : | No. 427 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: B.H. JR., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: A.H., A MINOR | : | No. 428 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: B.H. JR., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: B.L.H. JR., A MINOR | : | No. 429 EAL 2021 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: B.H. JR., FATHER | : | from the Order of the Superior Court |
| IN THE INTEREST OF: B.H., A MINOR | : | No. 430 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: B.H. JR., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.